# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## CENTRAL DIVISION

| | |
|---|---|
| IN RE:<br><br>Joseph J. Anderson | |
| Green Tree Servicing LLC,<br><br>VS.<br><br>Joseph J. Anderson | CHAPTER 7<br>CASE NO. 14-42817-MSH |

## MOTION FOR RELIEF FROM STAY

To the Honorable Melvin S. Hoffman:

Green Tree Servicing LLC, your moving party in the within Motion, respectfully represents:

1. The movant has a mailing address of 7360 South Kyrene Road, T314, Tempe, AZ  85283.

2. The debtor, Joseph J. Anderson, has a mailing address of 101 Blackstone Street, Blackstone, MA 01504.

3. On December 31, 2014, the debtor filed a petition under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

4. The movant is the holder of a first mortgage on real estate in the original amount of $66,000.00 given by Joseph Anderson to Mortgage Electronic Registration System, Inc. on or about October 17, 2006.  Said mortgage is recorded with the Worcester County (Worcester District) Registry of Deeds at Book 40010, Page 130, as affected by a loan modification agreement dated on or about December 14, 2012 recorded wih the Worcester County (Worcester District) Registry of Deeds at Book 50643, Page 42 and covers the premises located at 101 Blackstone Street, Blackstone, MA

<u>01504</u>.

5. Said mortgage secures a note given by Joseph Anderson to Aegis Wholesale Corporation in the original amount of $66,000.00. Aegis Wholesale Corporation endorsed the note to Aegis Mortgage Corporation. Aegis Mortgage Corporation endorsed the note to CitiMortgage, Inc., which endorsed the note in blank. The movant is the holder of the note.

6. Said mortgage was assigned by Mortgage Electronic Registration System, Inc. as nominee for Aegis Wholesale Corporation to CitiMortgage, Inc and said assignment is recorded with the Worcester County (Worcester District) Registry of Deeds at Book 44704, Page 232. The mortgage was further assigned to Green Tree Servicing and said assignment is recorded with the Worcester County (Worcester District) Registry of Deeds at Book 52781, Page 388. A copy of the mortgage, assignment, and note is annexed hereto and marked as **Exhibit A**.

7. The movant is unaware of the existence of a Declaration of Homestead.

8. There is no other collateral securing the obligation.

9. As of April 2, 2015, approximately $88,051.14 in principal, interest, late fees and other charges was due with regard to Green Tree Servicing LLC's note and mortgage. This figure may increase as additional attorney's fees and costs accrue.

10. There are the following encumbrances on the property:

| Name of Creditor | Type of Lien | Amount Owed |
|---|---|---|
| Green Tree Servicing LLC | First Mortgage | $88,051.14 |
| Green Tree Servicing LLC | Second Mortgage | $23,877.00 |
| **Total Secured Encumbrances:** | | **$111,928.14** |

11. According to the debtor's schedules, the fair market value of the subject property is $195,000.00. The liquidation value of the subject property is $181,910.80, calculated as the fair

market value less a reasonable realtor's fee (6%); deed stamps ($889.20) and anticipated costs incurred for a real estate closing of $500.00.

12. The note and mortgage are in default for the May 1, 2014 payment, and all payments thereafter plus reasonable attorney's fees and costs and other charges incurred by the movant.

13. The movant seeks relief from stay as a secured creditor to enforce its rights under its loan documents and applicable law. In support thereof, the movant states that it is entitled to relief:

    I.    Pursuant to 11 U.S.C. §362 (d)(1) for cause on the basis that the debtor is in default on said contractual obligations, the primary purpose of a Chapter 7 proceeding is to liquidate the assets of the debtor.

WHEREFORE, the movant prays that it, and its successors and/or assigns, be granted relief from the automatic stay for the purpose of: (i) exercising its rights under its agreements with the debtor and under applicable law, including, without limitation, taking possession of the mortgaged premises and/or foreclosing or accepting a deed in lieu of foreclosure of its mortgage on said premises; (ii) preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a); (iii) bringing such actions, including, without limitation, summary process proceedings, as are permissible by law; and (iv) that the Court order such other and further relief as may be just and proper.

Respectfully submitted,
Green Tree Servicing LLC,
By its attorney,

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0345
(617) 558-0500
mabk@harmonlaw.com

Dated: April 6, 2015

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| IN RE:<br><br>Joseph J. Anderson | CHAPTER 7<br>CASE NO. 14-42817-MSH |

## **CERTIFICATE OF SERVICE**

I, Jason J. Giguere, Esquire, state that on April 6, 2015, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on behalf of Green Tree Servicing LLC on the following CM/ECF participants:

Jonathan R. Goldsmith, Esquire, Chapter 7 Trustee
Richard King, Esquire, Assistant U.S. Trustee
Jennifer A. Armstrong-Souza, Esquire for the Debtor


I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662

Joseph J. Anderson
101 Blackstone Street
Blackstone, MA 01504-1667

Green Tree Servicing
PO Box 6172
Rapid City, SD 57709-6172

Town of Blackstone
Tax Collector
15 St. Paul Street
Blackstone, MA 01504

TPT//14-42817-MSH/Anderson, Joseph

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>Joseph J. Anderson,<br>　　　　　　Debtor. | CHAPTER 7<br>CASE NO. 14-42817-MSH |

**Order Granting Green Tree Servicing LLC Relief**
**From The Automatic Stay And Leave To Foreclose Mortgage**

　　　　This matter has come before the Court, and after full consideration, and no objections having been filed after proper notice, it is hereby ordered that Green Tree Servicing LLC, its Successors and/or Assigns, Motion for Relief From the Automatic Stay is hereby granted and it may proceed to foreclose or accept a deed in lieu of foreclosure of the mortgage given by Joseph Anderson to Mortgage Electronic Registration System, Inc., dated October 17, 2006 and recorded with the Worcester County (Worcester District) Registry of Deeds at Book 40010, Page 130 , as affected by a loan modification agreement dated on or about December 14, 2012 recorded wih the Worcester County (Worcester District) Registry of Deeds at Book 50643, Page 42 and which covers the premises located at <u>101 Blackstone Street, Blackstone, MA 01504</u>, and may exercise its rights under said Mortgage, including preserving its right to seek any deficiency to the extent permitted by state and federal law, including 11 U.S.C. §524(a), and may bring such actions, including, without limitation, summary process proceedings, as are permissible by law, all as set forth in its Motion.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Melvin S. Hoffman
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

14-42817-MSH