**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| IN RE:<br><br>Joseph J. Anderson, Debtor | CHAPTER 7<br>CASE NO. 14-42817-MSH |

**STIPULATION ON GREEN TREE SERVICING LLC'S**
**MOTION FOR RELIEF FROM STAY**
**(docket no. 13)**

Now comes Green Tree Servicing LLC ("Green Tree") and Joseph J. Anderson ("Debtor"), who stipulate as follows:

1. The parties agree that the Green Tree's Motion for Relief from Automatic Stay [docket no. 13] shall be granted effective thirty (30) days from the date of this agreement.

Agreed to on this 23rd day of June, 2015

| Green Tree Servicing LLC<br>By its attorney, | Joseph J. Anderson<br>By his attorney, |
|---|---|
| /s/ Jason J. Giguere<br>Jason J. Giguere, Esquire<br>BBO# 667662<br>Harmon Law Offices, P.C.<br>P.O. Box 610389<br>Newton, MA 02461-0345<br>(617) 558-0500<br>617-243-4049 (fax)<br>mabk@harmonlaw.com | /s/ Brian W. Murray<br>Brian W. Murray, Esquire<br>Murray Law Office<br>260 Main Street<br>Milford, MA 01757<br>(508) 473-1740<br>brian@bwmurraylaw.com |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**CENTRAL DIVISION**

| | |
|---|---|
| IN RE:<br><br>Joseph J. Anderson, Debtor | CHAPTER 7<br>CASE NO. 14-42817-MSH |

**CERTIFICATE OF SERVICE**

I, Jason J. Giguere, Esquire, state that on June 23, 2015, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on behalf of Green Tree Servicing LLC on the following CM/ECF participants:

Jonathan R. Goldsmith, Esquire, Chapter 7 Trustee
Richard King, Esquire, Assistant U.S. Trustee
Jennifer A. Armstrong-Souza, Esquire for the Debtor
Brian W. Murray, Esquire for the Debtor

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non CM/ECF participants:

/s/ Jason J. Giguere
Jason J. Giguere, Esquire
BBO# 667662

Joseph J. Anderson
101 Blackstone Street
Blackstone, MA 01504-1667

Green Tree Servicing
PO Box 6172
Rapid City, SD 57709-6172

Town of Blackstone
Tax Collector
15 St. Paul Street
Blackstone, MA 01504

Mary Jo Anderson
126 E. Main Street
Conway, NH 03818

Brenda Peterson
146 MAson Road
West Townsend, MA 01474

Paul Anderson
127 King Street, Unit 206
Franklin, MA 02038

William Anderson
11 West HIll Place
Center Barnstead, NH 03225

TPT//14-42817-MSH/Anderson, Joseph